UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
NOV 12 2015
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,

v.

FLORENCE BIKUNDI and
MICHAEL D. BIKUNDI, SR.,

Defendants.

Criminal Case No. 14-cr-030 (BAH)
Judge Beryl A. Howell

## VERDICT FORM

### COUNT ONE - CONSPIRACY TO COMMIT HEALTH CARE FRAUD

As to Count One, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with conspiracy to commit health care fraud, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi**: _____ NOT GUILTY    ✓ GUILTY

**Defendant Michael D. Bikundi**: _____ NOT GUILTY    ✓ GUILTY

If you find **Defendant Florence Bikundi** "guilty," you must answer the following: We, the members of the jury, do unanimously find that an object of conspiracy was to:

    a. violate Title 18, United States Code, Section 1347:    ✓ YES    _____ NO

    b. violate Title 18, United States Code, Section 1035:    ✓ YES    _____ NO

    c. violate Title 42, United States Code, Section 1320a-7b(b):    ✓ YES    _____ NO

If you find **Defendant Michael Bikundi** "guilty," you must answer the following: We, the members of the jury, do unanimously find that an object of the conspiracy was to:

    a. violate Title 18, United States Code, Section 1347:    ✓ YES    _____ NO

    b. violate Title 18, United States Code, Section 1035:    ✓ YES    _____ NO

    c. violate Title 42, United States Code, Section 1320a-7b(b):    _____ YES    ✓ NO

## COUNT TWO - HEALTH CARE FRAUD

As to Count Two, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with heath care fraud, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY    ✓ GUILTY

**Defendant Michael D. Bikundi:** _____ NOT GUILTY    ✓ GUILTY

## COUNT THIRTEEN - HEALTH CARE FRAUD - EXCLUSION FROM PROGRAM

As to Count Thirteen, charging defendant Florence Bikundi with health care fraud, based on exclusion from program, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY    ✓ GUILTY

## COUNT FOURTEEN - MEDICAID FRAUD - FALSE STATEMENTS, CONCEALING AND FAILING TO DISCLOSE

As to Count Fourteen, charging defendant Florence Bikundi with Medicaid fraud, based on false statements, concealing and failing to disclose, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY    ✓ GUILTY

## COUNT FIFTEEN - MONEY LAUNDERING CONSPIRACY

As to Count Fifteen, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with money laundering conspiracy, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY    ✓ GUILTY

**Defendant Michael D. Bikundi:** _____ NOT GUILTY    ✓ GUILTY

If you find **Defendant Florence Bikundi** "guilty," you must answer the following: We, the members of the jury, do unanimously find that an object of conspiracy was to:

a. violate Title 18, United States Code, Section 1956(a)(1)(B)(i):   ✓ YES   _____ NO

b. violate Title 18, United States Code, Section 1957:   ✓ YES   _____ NO

If you find **Defendant Michael Bikundi** "guilty," you must answer the following: We, the members of the jury, do unanimously find that an object of the conspiracy was to:

a. violate Title 18, United States Code, Section 1956(a)(1)(B)(i):   ✓ YES   _____ NO

b. violate Title 18, United States Code, Section 1957:   ✓ YES   _____ NO

COUNT SIXTEEN - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Sixteen, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about November 7, 2012, in the amount of $400,000, in the form of check no. 4972 drawn from PNC bank account no. XXXXXX6271 payable to TRICO T.D. INC and deposited into Citibank account no. XXXXX3303, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

**Defendant Michael D. Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

COUNT SEVENTEEN - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Seventeen, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about March 18, 2013, in the amount of $500,000, in the form of check no. 2007 drawn from Bank of America account no. XXXXXXXX8612 payable to TRI CONTINENTAL T&D INC and deposited into Citibank account no. XXXXXXX3559, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

**Defendant Michael D. Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

COUNT EIGHTEEN - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Eighteen, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about April 29, 2013, in the amount of $400,000, in the form of check no. 2016 drawn from Bank of America account no. XXXXXXXX8612 payable to TRI CONTINENTAL T&D INC and deposited into Citibank account no. XXXXXXX3303, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

**Defendant Michael D. Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

COUNT NINETEEN - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Nineteen, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about May 10, 2013, in the amount of $370,000, in the form of a wire from Bank of America account no. XXXXXXXX8612 to Bank of America account no. XXXXXXXX6749, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

**Defendant Michael D. Bikundi:** _____ NOT GUILTY   \_\_✓\_\_ GUILTY

## COUNT TWENTY - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Twenty, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about June 7, 2013, in the amount of $400,000, in the form of check no. 2024 drawn from Bank of America account no. XXXXXXXX8612 payable to CFC Hometrade & Investment LLC and deposited into Bank of America account no. XXXXXXXX6749, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:**     _____ NOT GUILTY     ✓ GUILTY

**Defendant Michael D. Bikundi:**     _____ NOT GUILTY     ✓ GUILTY

## COUNT TWENTY-ONE - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Twenty-One, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about June 21, 2013, in the amount of $240,000, in the form of check no. 2027 drawn from Bank of America account no. XXXXXXXX8612 payable to CFC Hometrade & Investment LLC and deposited into Bank of America account no. XXXXXXXX6749, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:**     _____ NOT GUILTY     ✓ GUILTY

**Defendant Michael D. Bikundi:**     _____ NOT GUILTY     ✓ GUILTY

## COUNT TWENTY-TWO - LAUNDERING OF MONETARY INSTRUMENTS

As to Count Twenty-Two, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with laundering of monetary instruments on or about August 2, 2013, in the amount of $360,000, in the form of check no. 2054 drawn from Bank of America account no. XXXXXXXX8612 payable to CFC Hometrade & Investment LLC and deposited into Bank of America account no. XXXXXXXX6749, we, the members of the jury, do unanimously find:

**Defendant Florence Bikundi:**     _____ NOT GUILTY     ✓ GUILTY

**Defendant Michael D. Bikundi:**     _____ NOT GUILTY     ✓ GUILTY

COUNT TWENTY-THREE - ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY

As to Count Twenty-Three, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with engaging in monetary transactions in property derived from specified unlawful activity on or about January 28, 2013, in the amount of $25,000, in the form of check no. 438 drawn from Citibank account no. XXXXXX7466 payable to Porsche Silver Spring, we, the members of the jury, do unanimously find:

Defendant Florence Bikundi: ✓ NOT GUILTY ___ GUILTY

Defendant Michael D. Bikundi: ✓ NOT GUILTY ___ GUILTY

COUNT TWENTY-FOUR - ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY

As to Count Twenty-Four, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with engaging in monetary transactions in property derived from specified unlawful activity on or about June 24, 2013, in the amount of $56,000, in the form of check no. 1021 drawn from Bank of America account no. XXXXXXXX6749 payable to Florence Bikundi, we, the members of the jury, do unanimously find:

Defendant Florence Bikundi: ✓ NOT GUILTY ___ GUILTY

Defendant Michael D. Bikundi: ✓ NOT GUILTY ___ GUILTY

COUNT TWENTY-FIVE - ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY

As to Count Twenty-Five, charging defendants Florence Bikundi and Michael D. Bikundi, Sr. with engaging in monetary transactions in property derived from specified unlawful activity on or about July 2, 2013, in the amount of $30,000, in the form of check no. 548 drawn from Citibank account no. XXXXXX7466 payable to Annapolis Motor Cars, we, the members of the jury, do unanimously find:

Defendant Florence Bikundi: ✓ NOT GUILTY ___ GUILTY

Defendant Michael D. Bikundi: ✓ NOT GUILTY ___ GUILTY

11/12/15
**Date**

**Foreperson's Signature**